JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/06/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TSAI-YANG SU, | Case No. CV 14-6015-SVW (DTB) |
| Petitioner, vs. | **JUDGMENT** |
| STU SHERMAN, WARDEN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: December 6, 2014

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE